VINCENZO RELLA, Appellant, *v.* NATIONAL CITY BANK OF NEW YORK, Respondent.

(Argued April 24, 1935; decided May 21, 1935.)

*Maxwell C. Katz* and *Raymond T. Heilpern* for appellant.

*David S. Konheim* and *William Lurie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.